UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**NDN Drywall, Inc.,**                                    Civil No. 04-CV-4706 (DSD/SRN)

      **Plaintiff,**

      v.                                                                ORDER

**Custom Drywall, Inc.,**

      **Defendant**

---

William E. Dornbos, Esq., on behalf of Plaintiff

R. Daniel Rasmus, Esq., on behalf of Defendant

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated May 4, 2005.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Defendant's Motion to Dismiss (Doc. No. 6) is **DENIED, IN PART, and GRANTED, IN PART**.

Dated: May 24, 2005

                                                                           s/David S. Doty
                                                                          David S. Doty, Judge
                                                                         United States District Court